[No. 66778-5-I.  Division One.  September 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SHELLISE BARTON MONTGOMERY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07532-4, Beth M. Andrus, J., entered March 4, 2011. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, J., concurred in by Grosse and Lau, JJ.

[No. 66856-1-I.  Division One.  September 17, 2012.]

*In the Matter of the Marriage of* CHRISTOPHER ANDREW HEATH, *Respondent*, and BARBARA JEAN HEATH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-3-01407-1, Laura C. Inveen, J., entered January 26, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Appelwick, J.

[No. 66979-6-I.  Division One.  September 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DANTE MARQUIS HAYNES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-06981-6, Julie A. Spector, J., entered March 21, 2011. *Affirmed in part*, *reversed in part*, and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Grosse and Becker, JJ.

[No. 67062-0-I.  Division One.  September 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PATRICK CHOAT, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-1-00711-2, John M. Meyer, J., entered March 31, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Appelwick, JJ.